# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HREIR SERENGULIAN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION, a Federally Chartered Financial Institution, dba US Bank; U.S. Bank National Association; U.S. Bank, N.A.; US BANK NA; US BANK; ELISA RAMBUR, an individual; and DOES 1 through 100, inclusive, <br> Defendants. | **CASE NO. 2:17−cv−03295−JAK (SKx)** <br><br><br> **ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT** <br><br> **JS-6** |

Based on the Joint Stipulation to Remand Case to State Court by and between Plaintiff HREIR SERENGULIAN and Defendant U.S. BANK NATIONAL ASSOCIATION, ET. AL. filed concurrently with this [Proposed] Order, and for good cause shown,

    IT IS HEREBY ORDERED THAT:

-1-

1. The Joint Stipulation to Remand Case to State Court is approved.

2. This case is remanded to the Superior Court of the State of California, County of Los Angeles, before the Honorable Daniel S. Murphy, Department 32, Case No. BC598620.

3. After remanding this action, the Clerk is directed to close this case from any further action in this Court.

4. The parties shall bear their own costs and attorneys' fees incurred as a result of the removal.

**IT IS SO ORDERED.**

DATED: May 24, 2017

_____
Hon. John A. Kronstadt
United States District Judge